Form 5

**FORM 5. Petition for Review or Notice of Appeal of an Order or Decision of an AGENCY, BOARD, COMMISSION, OFFICE OR BUREAU.**

*[Received stamp: U.S. COURT OF APPEALS FEDERAL CIRCUIT, 2013 FEB 26 PM 1:54]*

# United States Court of Appeals for the Federal Circuit

Griffin Technology, Inc. , Petitioner or Appellant,

v.   **PETITION FOR REVIEW**

U.S. International Trade Commission, Respondent or Appellee.

_____Griffin Technology, Inc._____ (name all parties* bringing the petition or appeal) hereby petition/appeal the court for review of the Final Determination in Inv. No. 337-TA-780 (describe the order or decision and include decision number) of the U.S. International Trade Commission (name the agency, board, office or bureau) entered on ___October 31___ ___2012___ (date). The order or decision was received on October 31, 2012 (date).

*[Signature]*

(Signature of petitioner, appellant or attorney)

BASS, BERRY & SIMS PLC
1201 Pennsylvania Avenue NW, Suite 300
Washington, DC 20004   (202) 827-2950

(Address and phone number of petitioner, appellant or attorney

```
Jason L. Hornkohl
Hornkohl Intellectual Property Law, PLLC
P.O. Box 210584
Nashville, TN  37221        (615) 673-6771
```

*See Fed. R. App. P. 15 for permissible ways of identifying petitioners.