# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1230

GRIFFIN TECHNOLOGY, INC.,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee.

Authorized Abbreviated Caption[2]

GRIFFIN TECHNOLOGY, INC. V ITC, 2013-1230

On appeal from the United States International Trade Commission in Investigation No. 337-TA-780.

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.