Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

GRIFFIN TECHNOLOGY, INC. v. ITC

No. 2013-1230

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

GRIFFIN TECHNOLOGY, INC.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

NONE

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Bass, Berry & Sims PLC - Terry L. Clark
Hornkohl Intellectual Property Law, PLLC - Jason L. Hornkohl

| 03/13/2013 | /s/ Terry L. Clark |
|---|---|
| Date | Signature of counsel |
|  | Terry L. Clark |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: _____

124

## CERTIFICATE OF SERVICE

I, Terry L. Clark, hereby certify on this 13th day of March, 2013 that I am electronically filing the attached CERTIFICATE OF INTEREST using the Court's CM/ECF system, which will send notification to the following:

**On behalf of International Trade Commission:**

Panyin A. Hughes
U.S. International Trade Commission
500 E Street, S.W., Suite 707
Washington, D.C. 20436

　　　　　　　　　　　　　　　　　　　　/s/ Terry L. Clark
　　　　　　　　　　　　　　　　　　　　Terry L. Clark
　　　　　　　　　　　　　　　　　　　　Attorney for Griffin Technology, Inc.