# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: April 17, 2013**

Official Caption[1]

2013-1230

GRIFFIN TECHNOLOGY, INC.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

OTTER PRODUCTS, LLC (doing business as Otterbox),

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-780.

Authorized Abbreviated Caption[2]

GRIFFIN TECHNOLOGY, INC. V ITC, 2013-1230

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.