NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

_____

**GRIFFIN TECHNOLOGY, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

and

**OTTER PRODUCTS, LLC (doing business as Otterbox),**
*Intervenor.*

_____

13-1230

_____

Appeal from the United States International Trade Commission in Investigation No. 337-TA-780.

_____

ON MOTION

## O R D E R

Upon consideration of the Appellee International Trade Commission's unopposed motion to extend time to file its principal brief until August 26, 2013,

IT IS ORDERED THAT:

The motion is granted.

                                          FOR THE COURT

July 16, 2013                    /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk

cc: Terry Lynn Clark
Wayne W. Herrington
Panyin Hughes
Louis Stefan Mastriani