**Appeal No. 2013-1230**

**UNITED STATES COURT OF APPEALS
<u>FOR THE FEDERAL CIRCUIT</u>**

**GRIFFIN TECHNOLOGY, INC.,**

*Appellant*,

v.

**INTERNATIONAL TRADE COMMISSION,**

*Appellee*,

and

**OTTER PRODUCTS, LLC (doing business as Otterbox),**

*Intervenor*.

ON APPEAL FROM THE UNITED STATES INTERNATIONAL TRADE
COMMISSION IN INVESTIGATION NO. 337-TA-780

**JOINT STATEMENT OF COMPLIANCE WITH
FEDERAL CIRCUIT RULE 33(a)**

Pursuant to Federal Circuit Rule 33(a)(2)(A), Griffin Technology, Inc. ("Griffin") and Otter Products, LLC ("Otter") hereby jointly state that they are engaged in discussions in an attempt to resolve this dispute. Although no agreement has been reached, Griffin and Otter will continue to negotiate in good faith. At this time, Griffin and Otter do not believe that participation in the Court's mediation program would accelerate progress of the settlement discussions.

Respectfully submitted,

/s/ Terry L. Clark
_____
Terry L. Clark
Brian R. Iverson
Bass, Berry & Sims, PLC
1201 Pennsylvania Avenue NW,
Suite 300
Washington, DC  20004
Telephone: (202) 827-2950
Facsimile: (202) 478-0792

Jason L. Hornkohl
Hornkohl Intellectual
Property Law, PLLC
PO Box 210584
Nashville, TN  37221
Telephone: (615) 673-6771
Facsimile: (615) 673-6772

*Attorneys for Appellant
Griffin Technology, Inc.*

/s/ Louis S. Mastriani
_____
Louis S. Mastriani
Michael L. Doane
Daniel F. Smith
Evan H. Langdon
Adduci, Mastriani & Schaumberg, LLP
1133 Connecticut Ave., N.W.,
Twelfth Floor
Washington, DC  20036

*Attorneys for Intervenor
Otter Products, LLC*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 19th day of September, 2013, I cause this Joint Statement of Compliance with Federal Circuit Rule 33(a) to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Panyin A. Hughes
Wayne W. Herrington
Sidney A. Rosenzweig
Office of General Counsel
U.S. International Trade Commission
500 E Street, S.W., Suite 707
Washington, DC  20436

*Attorneys for Appellee*
*U.S. International Trade Commission*

Louis S. Mastriani
Michael L. Doane
Daniel F. Smith
Evan H. Langdon
Adduci, Mastriani & Schaumberg, LLP
1133 Connecticut Ave., N.W.,
Twelfth Floor
Washington, DC  20036

*Attorneys for Intervenor*
*Otter Products, LLC*

                                                /s/ Terry L. Clark